UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.                Civil Action No. 07-CV-08079

       Plaintiff,

       .v.                                          RULE 7.1 STATEMENT

6025 BROADWAY RESTAURANT CORP.
d/b/a SANTA FE GRILL
and EFRAIN FARCIERT

       Defendants,
-----------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Garden City Boxing Club, Inc.</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.


Date: September 14, 2007              /s/ Paul J. Hooten
                                                      **Signature of Attorney**

                                                       **Attorney Bar Code: PJH9510**

Form Rule7_1.pdf