UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GARDEN CITY BOXING CLUB, INC.,

                    Plaintiff,

  -against-

6025 BROADWAY RESTAURANT CORP.
d/b/a SANTA FE GRILL and EFRAIN
FARCIERT,

                  Defendants.

------------------------------------------------------------x

07 cv 8079 (GEL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

GERARD E. LYNCH, District Judge:

    The Court having been informed that the parties have reached a settlement in principle of this case, it is hereby:

    ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days. All pending motions are deemed withdrawn.

SO ORDERED.

Dated: New York, New York
       April 10, 2008

                                                  _____
                                                  GERARD E. LYNCH
                                                  United States District Judge